IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GENERAL INSURANCE COMPANY OF AMERICA**, a foreign insurance company doing business in the State of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>**PENCO, INC.**, a dissolved Oregon corporation, and **PENINSULA IRON WORKS**, an Oregon business entity,<br><br>Defendants. | Case No. 3:25-cv-01335-SB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** |

**IMMERGUT, District Judge.**

No objections to Judge Beckerman's Findings and Recommendation ("F&R"), ECF 30, have been filed, and this Court adopts in full the F&R. Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

This Court ADOPTS Judge Beckerman's F&R, ECF 30, and DENIES Plaintiff's Motion for Judgment on the Pleadings, ECF 23.

**IT IS SO ORDERED**.

DATED this 18th day of May, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS